United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TONY D. CASTILLO,                          No. C-08-4817 MMC

12           Plaintiff,                         **ORDER DIRECTING DEFENDANT
                                                ASSET ACCEPTANCE, LLC TO LODGE**
13     v.                                       **CHAMBERS COPIES IN COMPLIANCE
                                                WITH GENERAL ORDER 45 AND THE**
14   HSBC RETAIL SERVICES, et al.,              **COURT'S STANDING ORDERS**

15           Defendants.
                                          /
16

17         On October 27, 2008, defendant Asset Acceptance, LLC ("Asset Acceptance") filed

18   an Answer to Complaint.  Asset Acceptance has violated General Order 45 and the Court's

19   Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on

20   the business day following the day that the papers are filed electronically, one paper copy

21   of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly

22   marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See

23   General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The

24   Honorable Maxine M. Chesney ¶ 2.

25         Asset Acceptance is hereby ORDERED to comply with General Order 45 and the

26   Court's Standing Orders by immediately submitting a chambers copy of the above-

27   referenced document.  Asset Acceptance is hereby advised that if it fails in the future to

28   comply with General Order 45 and the Court's Standing Order to provide chambers copies

1    of electronically-filed documents, the Court may impose sanctions, including, but not limited

2    to, striking from the record any electronically-filed document of which a chambers copy has

3    not been timely provided to the Court.

4         **IT IS SO ORDERED.**

5

6    Dated: November 5, 2008

7                                                                 MAXINE M. CHESNEY
                                                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28